

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Nelson Alberto Hernandez v. The State of Texas

Appellate case number:    01-16-00755-CR

Trial court case number:  2095445

Trial court:              County Criminal Court at Law No. 8 of Harris County

A jury convicted appellant, Nelson Alberto Hernandez, of the misdemeanor offense of assault-family member, and the trial court assessed his punishment at confinement for 180 days. Appellant timely filed a notice of appeal. His brief currently is due to be filed by February 21, 2017. *See* TEX. R. APP. P. 38.6(a).

On January 24, 2017, Appellant filed a "Motion to Exceed Word Limit on Brief," seeking leave "to use up to 20,000 words in the brief in this appeal." We **deny** the motion without prejudice to refiling. *See* TEX. R. APP. P. 9.4(i)(2)(B).

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                           ☑ Acting individually                ☐ Acting for the Court

Date: February 14, 2017